UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland _____ DIVISION

GERALD LEROY BARNES II
_____

*(Enter full name of plaintiff)*

Plaintiff,

v.

DEPuty Bibby
_____

_____

_____

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 3:22-cv-01300-AA _____
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL
RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

☐ Yes     ☒ No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**     Name: Gerald Leroy Barnes II

Street Address: 2600 CENTER St NE

City, State & Zip Code: Salem OR 97301-2669

Telephone No.: 503 947-2724

Complaint for Violation of Civil Rights (Prisoner Complaint)     1
[Rev. 01/2018]

**Defendant No. 1**    Name: DEPUTY Bibby

Street Address: CLACKAMAS CO. JAIL 2206 KAEN Rd

City, State & Zip Code: OREGON City OR. 97045

Telephone No.: 503-722-6775

**Defendant No. 2**    Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

**Defendant No. 3**    Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

**Defendant No. 4**    Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

## II.  BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

2

B.  What federal constitutional, statutory, or treaty right(s) is/are at issue?

STOLEN PROPERTY

## III.  STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

ON 5/31/2022 before i left ClACKAMAS CO. Jail, headed for the OSH i signed A PAPER saying that MY PROPERTY WAS iN A bag that WAS comiNg with ME i had A gold chain that a payed A thousand dollars for, A praying hand diamond PENDANT, 1 thousand dollars, And two Evil EYE EARRINGS diamond, worth NINE hundred. I AsKed to SEE MY PROPERTY WHEN i got to the hospital, they wouldNt let ME SEE, i asked agaiN WHEN i got through the hospital doors, they wouldi'st let ME SEE. Later i asked hospital staff, who WENT through MY PROPERTY if MY chaiN, EARRiNgs WEVE iN MY PROPERTY

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

Stolen property

_____

_____

## III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

They said no they were not so im leaft to belleave
They stole my gold & diamond Jeweley. When i got
Arrested May 8th 2021, After the shotting the Deputy
that was in the Ambulance with me took 8.36 dollars
out of my sock, they put 436 dollars on my
books, so they stole 400 dollars from me then,
And now my Jeweley. I tired of being stepped on.
I asked my social worker at the hospital to call
about my Jeweley, And he called, they told him my
property was there, i don't believe them, why would

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

_____

_____

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

StolEN pRopERty

## III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

u hAvE mE sign A pApER sAyiNg thAt i hAd it.? WhEN it wAsN't iN theRE iN the fiRst plAcE. They wouldN't tEll my sociAl woRkER to much of ANything. So i'm goiNg AftER thE oNE who is iN chARgE of pRisoNERs pRopERty, DEputy Bibby

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☑Yes          ☐No

## V.  RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking.  Make no legal arguments.  Cite no cases or statutes.*

I WANT MONETARY COMPENSATION of ONE million

I declare under penalty of perjury that the foregoing is true and correct.

Signed this **23** day of _____ **Aug** , 20**22**

_Dennis C Burns II_
*(Signature of Plaintiff)*

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]                                                                                    5